IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| JODY GUDGER AND RHONDA KING, on behalf of themselves and those similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Foreign Limited Liability Company, and SUNSHINE STATE HEALTH PLAN, INC., Florida Profit Corporation,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>2:17-cv-14281-JEM |

**DEFENDANTS' MOTION TO STRIKE PORTIONS OF
DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION
AND FACILITATE NOTICE TO POTENTIAL CLASS MEMBERS**

Defendants Centene Management Company, LLC, and Sunshine State Health Plan, Inc. (collectively "Defendants"), by and through counsel, hereby move the Court to strike portions of the declarations filed by Plaintiffs Judy Gudger and Rhonda King (collectively "Plaintiffs") on March 15, 2018 (Docs. 40-1 to 40-11) in support of Plaintiffs' Motion to Conditionally Certify Collective Action And Facilitate Notice To Potential Class Members And Incorporated Memorandum of Law (Doc. 40 ["Motion to Certify"]). As grounds for their motion, Defendants state as follows:

    1.    As evidence in support of their Motion to Certify, Plaintiffs submitted their own declarations and declarations signed by the nine opt-in Plaintiffs. (Docs. 40-1 to 40-11 [the "Declarations"].)

2. Portions of the Declarations should be stricken from the record because they are replete with inadmissible and unreliable evidence.

3. Specifically, the Declarations contain impermissible hearsay and conclusory statements that are not based on personal knowledge. Further, the Declarations should be stricken from the record to the extent they contain impermissible opinion statements.

4. Defendants hereby seek to have the following portions of the Declarations stricken from the record:

| Portion of Declaration to Strike | Reason |
|---|---|
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Gregory Garofalo, Tameka Givhan, Cynthia Russell (Docs. 40-1 to 40-11) at ¶ 4:<br><br>". . . my similarly situated co-workers and . . .." | Improper Conclusory Allegation;<br>Lack of Personal Knowledge – FRE 602;<br>Impermissible Opinion – FRE 701 |
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Gregory Garofalo, Cynthia Russell (Docs. 40-1 to 40-9, 40-11) at ¶ 9:<br><br>"During my employment, Defendants' management notified us that the job duties, FLSA classifications, and pay structure for all employees in the position of Case Manager, Long Term Care, were uniform and consistent company-wide at all of its locations. Specifically, we were advised that all employees in the position of Case Manager, Long Term Care, were required to perform the same job duties listed in paragraph 8 above, regardless of the location at which they worked." | Improper Conclusory Allegation;<br>Impermissible Hearsay – FRE 801 to 803<br><br>Plaintiffs failed to identify or name who within "Defendants' management" allegedly made those statements or when. Without any details, it is impossible to determine whether the person was authorized to speak on behalf of Centene or Sunshine. |
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma | Improper Conclusory Allegation;<br>Impermissible Hearsay – FRE 801 to 803 |

| | |
|---|---|
| Ocasio-Peterson, Carlie Larson, Celeste Busbee, Cynthia Russell (Docs. 40-1 to 40-8, 40-11) at ¶ 11; and Tameka Givhan (Doc. 40-10) at ¶ 9:<br><br>"During my employment, Defendants' management notified us that the job duties, FLSA classifications, and pay structure for all employees in the position of Medical Necessity Specialist/Nursing Home Transition Specialist, were uniform and consistent company-wide at all of its locations. Specifically, we were advised that all employees in the positions of Medical Necessity Specialist/Nursing Home Transition Specialist were required to perform the same job duties listed in paragraph [10 or 8] above." | Plaintiffs failed to identify or name who within "Defendants' management" allegedly made those statements or when. Without any details, it is impossible to determine whether the person was authorized to speak on behalf of Centene or Sunshine. |
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Cynthia Russell (Docs. 40-1 to 40-8, 40-11) at ¶ 12; and Tomeka Givhan (Doc. 40-10) at ¶ 10:<br><br>". . . In fact, this was made clear by Defendants' management during my employment, who specifically advised that although the name of the job title of the positions held [(Case Manager, Long Term Care; and/or Medical Necessity Specialist/Nursing Home Transition Specialist)] was changing, the job duties and pay structure of these positions remained the same, without change. . . ." | Improper Conclusory Allegation; Impermissible Hearsay – FRE 801 to 803<br><br>Plaintiffs failed to identify or name who within "Defendants' management" allegedly made those statements or when. Without any details, it is impossible to determine whether the person was authorized to speak on behalf of Centene or Sunshine. |
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Cynthia Russell (Docs. 40-1 to 40-8 and 40-11) at ¶15:<br><br>"This demonstrates that other employees desire to join this lawsuit, and others will join, if notice is facilitated." | Improper Conclusory Allegation; Lack of Personal Knowledge – FRE 602; Impermissible Opinion – FRE 701 |

3

| | |
|---|---|
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Cynthia Russell (Docs. 40-1 to 40-8, 40-11) at ¶ 16; and Gregory Garofalo, Tomeka Givhan (Docs. 40-9 to 40-10) at ¶ 14:<br><br>"I believe that, if given formal notice of this case, current and former employees of Defendants who performed the exact or substantially similar duties I performed, who worked substantial overtime hours like me, and who were not paid any time and one half overtime for hours worked over forty (40) per week, will opt-in to this case." | Improper Conclusory Allegation;<br>Lack of Personal Knowledge – FRE 602;<br>Impermissible Opinion – FRE 701 |
| Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Cynthia Russell (Docs. 40-1 to 40-8, 40-11) at ¶ 17; and Gregory Garofalo, Tomeka Givhan (Docs. 40-9 to 40-10) at ¶ 15:<br><br>"I believe there are at least 250 employees who held the exact same job titles I maintained at each period of time, who were paid a set salary in the same way that I was paid, who performed the exact or substantially similar duties I performed, who worked substantial overtime hours like me, who did not have their hours tracked by Defendants, and who were not paid any time and one half overtime for hours worked over forty (40) per week." | Improper Conclusory Allegation;<br>Lack of Personal Knowledge – FRE 602;<br>Impermissible Opinion – FRE 701 |

WHEREFORE for all the foregoing reasons, Defendants respectfully request that this Court strike the above-described statements contained within the declarations of Jody Gudger, Rhonda King, Crystal Freeman, Yolanda Blocker, Michelle McLean, Sylma Ocasio-Peterson, Carlie Larson, Celeste Busbee, Gregory Garofalo, Tameka Givhan, and Cynthia Russell.

Respectfully submitted,

By: *s/ Aaron Reed*
    Aaron Reed
    Florida Bar No. 0557157
    areed@littler.com

    **LITTLER MENDELSON, P.C.**
    Wells Fargo Center
    333 SE 2nd Avenue
    Suite 2700
    Miami, FL 33131
    Telephone: 305.400.7500
    Facsimile: 305.603.2552

By: *s/ Douglas E. Smith*
    Douglas E. Smith
    *Pro Hac Vice*
    desmith@littler.com

    *s/ Breanne Sheetz Martell*
    Breanne Sheetz Martell
    *Pro Hac Vice*
    bsmartell@littler.com

    **LITTLER MENDELSON, P.C.**
    One Union Square
    600 University Street, Suite 3200
    Seattle, WA 98101.3122
    Telephone: 206.623.3300
    Facsimile: 206.447.6965

Attorneys for Defendants
CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE STATE HEALTH PLAN, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of March, 2018, a true and correct copy of the foregoing document was electronically filed in the US District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to all counsel of record, listed below:

>Richard Bernard Celler
>Florida Bar No. 017330
>richard@floridaovertimelawyer.com
>Noah E. Storch
>Florida Bar No.: 0085476
>noah@floridaovertimelawyer.com
>**RICHARD CELLER LEGAL, P.A.**
>7450 Griffin Road, Suite 230
>Davie, FL 33314
>Main:            (866) 344-9243
>Facsimile:    (954) 337-2771

*/s/ Aaron Reed*
Aaron Reed

Firmwide:153640180.2 095402.1002