UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number: 17-14281-CIV-MARTINEZ-MAYNARD

JODY GUDGER AND RHONDA KING, on
behalf of themselves and similarly situated
others,
    Plaintiffs,

vs.

CENTENE MANAGEMENT CO., LLC and
SUNSHINE STATE HEALTH PLAN, INC.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion to Conditionally Certify Collective Action [ECF No. 40] and Defendants' Motion to Strike [ECF No. 45]. Magistrate Judge Maynard filed a Report and Recommendation [ECF No. 57], recommending that Plaintiffs' Motion to Conditionally Certify Collective Action be GRANTED and Defendants' Motion to Strike be DENIED. This Court has reviewed the entire file and record and notes that no objections have been filed. In fact, the parties filed a joint' Notice of Non-Objection to Report and Recommendation [ECF No. 62]. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [ECF No. 57] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1.    Plaintiffs' Motion to Conditionally Certify Collective Action [ECF No. 40] is **GRANTED**, consistent with the instructions set forth in Magistrate Judge Maynard's Report and

Recommendation.

2. Defendants' Motion to Strike [ECF No. 45] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record