UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| JODY GUDGER AND RHONDA KING, on behalf of themselves and those similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Foreign Limited Liability Company, and SUNSHINE STATE HEALTH PLAN, INC., Florida Profit Corporation,<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:17-cv-14281-JEM |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion and Brief in Support of Approval of Settlement. Having considered the arguments of counsel, all applicable law, and any objections properly made to the settlement, and based upon the memoranda, exhibits, and all the files and proceedings herein, the Court **ORDERS** as follows:

1. This Final Order adopts and incorporates the parties' Settlement Agreement, the terms defined therein, and all exhibits thereto.

2. The parties' Joint Motion and Brief in Support of Approval of Settlement is **GRANTED**.

3. The parties' Settlement Agreement is **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute over wages allegedly owed under the Fair Labor Standards Act.

The Court approves the service payments to Named Plaintiffs Gudger and King, the attorneys' fees and costs, and all other terms of the parties' Settlement Agreement.

4. In their consent to join forms filed with this Court, each of the Opt-In Plaintiffs designated Plaintiffs' counsel to represent them and also designated Named Plaintiffs to make decisions for them regarding all matters concerning the litigation, including negotiating a resolution of their claims. Additionally, a settlement administrator mailed notice of the Settlement to each Opt-In Plaintiff to inform them of the Settlement terms, and each Opt-In Plaintiff had an opportunity to object to the Settlement within 45 days. No Opt-In Plaintiff objected to the Settlement.

5. The Court directs the parties and their counsel to implement and consummate the Settlement Agreement in accordance with its terms and provisions. The parties are hereby authorized, without further approval from the Court, to agree to and adopt such amendments, modifications, and expansions of the Settlement Agreement and all exhibits thereto as (i) are consistent in all material respects with this Final Order, and (ii) do not limit the rights of the Opt-In Plaintiffs.

6. The Settlement Agreement is binding on all Opt-In Plaintiffs, as defined in the parties' Settlement Agreement and listed in Exhibit A to the Agreement.

7. This case, including all individual and collective claims presented thereby, is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs, except as set forth in the Settlement Agreement.

8. The Court shall retain exclusive jurisdiction with respect to the implementation and enforcement of the Settlement Agreement for a period of six months.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of June 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE